UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM J. VAJK and GLORIA C. VAJK,

    Plaintiffs,

v.

CITY OF IRON RIVER, MICHIGAN, et al.,

    Defendants.
_____/

File No.  2:10-CV-114

HON. ROBERT HOLMES BELL

## ORDER TAXING COSTS

In accordance with the memorandum opinion and order entered this date,

**IT IS HEREBY ORDERED** that **COSTS ARE TAXED** in favor of the City Defendants in the amount of $31.00 and included in the judgment.

**IT IS FURTHER ORDERED** that **COSTS ARE TAXED** in favor of the County Defendants in the amount of $9.70 and included in the judgment.

Date:  March 8, 2011

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE